ORIGINAL

KENJI M. PRICE #10523
United States Attorney
District of Hawaii



**SEALED**

**BY ORDER OF THE COURT**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Oct 15, 2020 4:30 pm
Michelle Rynne, Clerk of Court

MOHAMMAD KHATIB
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Emails:    Mohammad.Khatib@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | | CR. NO.   20-00098 JMS |
|---|---|---|
| Plaintiff, | | INDICTMENT |
| vs. | | [21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), 841(b)(1)(C), and 846; 18 U.S.C. |
| ALEXANDER HERNANDEZ, | (01) ) | §§ 922(g)(1) and 924(c)(1)(A)] |
| aka "Fernando," "Rolando" and "Nando," | | |
| JAMES FERREIRA, | (02) ) | |
| aka "Uncle," | | |
| KINCAID OLAYAN, | (03) ) | |
| aka "Kaimana" and "Mana," | | |
| PATRICK RIBUCA, | (04) ) | |
| JEREMY JAVILLO, | (05) ) | |
| aka "Jermz," | | |
| JAY PAGAY, | (06) ) | |
| LISA HONG, | (07) ) | |
| JAMES DEMELLO, | (08) ) | |

```
aka "Jay" and "J.R.,"                    )
BRANDON PERREIRA, and         (09) )
DANIEL KUSHIYAMA,              (10) )
    aka "D,"                              )
                                         )
              Defendants.                )
_____)
```

## INDICTMENT

The Grand Jury charges:

## Introductory Allegations

At times material to the Indictment:

1.     ALEXANDER HERNANDEZ, aka "Fernando," "Rolando" and "Nando," the defendant, was a resident of California who distributed substantial amounts of methamphetamine in Hawaii, including, but not limited to, Hawaii Island, Maui, and Oahu. HERNANDEZ often flew between California and Hawaii to distribute methamphetamine to JAMES FERREIRA, aka "Uncle," PATRICK RIBUCA, the defendants, and others known and unknown, and to collect the cash proceeds of his drug trafficking.

2.     JAMES FERREIRA, aka "Uncle," the defendant, was a resident of Oahu, Hawaii who distributed methamphetamine in Hawaii, including, but not limited to, Hawaii Island, Maui, Molokai, and Oahu. FERREIRA had both mainland

and Hawaii-based sources of supply for illegal narcotics, including HERNANDEZ, PATRICK RIBUCA, and JEREMY JAVILLO, aka "Jermz," the defendants.

3.      KINCAID OLAYAN, aka "Kaimana" and "Mana," the defendant, was a resident of Las Vegas, Nevada who, as a broker and facilitator, distributed and caused to be distributed wholesale amounts of methamphetamine in Hawaii. Namely, OLAYAN introduced HERNANDEZ to FERREIRA, and others, known and unknown.

4.      PATRICK RIBUCA, the defendant, was a resident of Oahu, Hawaii who distributed wholesale amounts of methamphetamine in Hawaii, including to FERREIRA.

5.      JEREMY JAVILLO, aka, "Jermz," the defendant, was a resident of Oahu, Hawaii who distributed wholesale amounts of methamphetamine in Hawaii, including to FERREIRA and LISA HONG, the defendants.  JAVILLO engaged in drug trafficking while he was on federal supervised release.

6.      JAY PAGAY, the defendant, was a resident of Maui, Hawaii who distributed methamphetamine in Hawaii.  PAGAY purchased methamphetamine from FERREIRA and attempted to purchase methamphetamine from HERNANDEZ.

3

7.   LISA HONG, the defendant, was a resident of Oahu, Hawaii who distributed methamphetamine in Hawaii. HONG was FERREIRA's girlfriend and the two shared methamphetamine supply.

8.   JAMES DEMELLO aka "Jay" and "J.R.," the defendant, was a resident of Oahu, Hawaii who distributed methamphetamine in Hawaii. DEMELLO was a close associate of FERREIRA who served as FERREIRA's "runner" and otherwise assisted FERREIRA with drug trafficking.

9.   BRANDON PERREIRA, the defendant, was a resident of Oahu, Hawaii who distributed methamphetamine in Hawaii. PERREIRA was a close associate of JAVILLO, who served as JAVILLO's "runner" and otherwise assisted JAVILLO with drug trafficking.

10.   DANIEL KUSHIYAMA, aka "D," the defendant, was a resident of Oahu, Hawaii who distributed methamphetamine in Hawaii. KUSHIYAMA was a close associate of JAVILLO, who served as JAVILLO's "runner" and otherwise assisted JAVILLO with drug trafficking.

4

<u>Count 1</u>
Drug Trafficking Conspiracy
(21 U.S.C. § 846)

11.    From a precise date unknown, but by at least in or about January 2019, and continuing to on or about May 12, 2020, within the District of Hawaii and elsewhere, ALEXANDER HERNANDEZ, aka "Fernando," "Rolando" and "Nando," JAMES FERREIRA, aka "Uncle," KINCAID OLAYAN, aka "Kaimana" and "Mana," PATRICK RIBUCA, JEREMY JAVILLO, aka "Jermz," JAY PAGAY, LISA HONG, JAMES DEMELLO, aka "Jay" and "J.R.," BRANDON PERREIRA, and DANIEL KUSHIYAMA, aka "D," the defendants, and others known and unknown, did knowingly and intentionally combine, conspire, confederate, and agree with each other and others to violate the controlled substances laws of the United States.

12.    It was a part and an object of the conspiracy that HERNANDEZ, FERREIRA, OLAYAN, RIBUCA, JAVILLO, PAGAY, HONG, DEMELLO, PERREIRA, and KUSHIYAMA, the defendants, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

5

13. The controlled substance that HERNANDEZ, FERREIRA, OLAYAN, RIBUCA, JAVILLO, PAGAY, HONG, DEMELLO, PERREIRA, and KUSHIYAMA, the defendants, and others known and unknown, conspired to distribute and possess with intent to distribute was 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## The Manner and Means of the Conspiracy

14. The manner and means by which the defendants and others sought to accomplish the object of the conspiracy included, among others, the following:

a. On or about July 19, 2019, FERREIRA sold approximately a half pound (224.2 grams) of methamphetamine supplied by HERNANDEZ to a cooperating source and an undercover Drug Enforcement Administration task force officer for $3,000.00.

b. On or about December 24, 2019, FERREIRA flew from Honolulu, Hawaii to Las Vegas, Nevada. While in Las Vegas, OLAYAN arranged for FERREIRA to purchase methamphetamine from another person not charged herein.

6

c.      On or about December 25, 2019, FERREIRA called DEMELLO. During the conversation, DEMELLO told FERREIRA, in substance and in part, that he drove HONG to the house of JAVILLO, but that HONG "only bought like 2p," meaning methamphetamine, "for, uh, 1125."

d.      The same day on or about December 25, 2019, FERREIRA called HONG and asked, in substance and in part, "how come you never pick up the whole, the whole thing?" HONG explained, in substance and in part, that JAVILLO told her the methamphetamine was "450." HONG added, in substance and in part, that she knew "that the stuff from Jermz is good cuz J.R. told me last night he tried it." FERREIRA responded, in substance and in part, that JAVILLO "meant 45 for the whole thing" and that HONG should "go get it from him," meaning JAVILLO, because it would be hard for FERREIRA to "make moves with that little bit," meaning the "2p" of methamphetamine.

e.      The same day on or about December 25, 2019, FERREIRA called JAVILLO and told him, in substance and in part, to give HONG "the balance you know for the whole" because she was "solid" and FERREIRA had his "guys on standby," meaning other distributors who needed drugs.

7

f.      On or about December 30, 2019, FERREIRA mailed a package containing approximately one pound (408.0 grams) of methamphetamine from Las Vegas to his home in Honolulu.

g.      On or about January 1, 2020, OLAYAN called FERREIRA. During the conversation, FERREIRA stated, in substance and in part, "I waiting for da kine, the package man." OLAYAN responded, in substance and in part, "this why I checking in wit you, brah."

h.      On or about January 2, 2020, JAVILLO and FERREIRA agreed to purchase methamphetamine from RIBUCA.

i.      The same day on or about January 2, 2020, JAVILLO called FERREIRA. During the conversation, JAVILLO stated, in substance and in part, that he would send his "boy D," meaning KUSHIYAMA, who would be driving a "white truck" to pick up the drugs from FERREIRA.

j.      The same day on or about January 2, 2020, FERRIERA sent a text message to RIBUCA, asking, in substance and in part, "Can do 1 more." RIBUCA wrote back, in substance and in part, "Just come."

k.      The same day on or about January 2, 2020, RIBUCA supplied approximately one pound (448.7 grams) of methamphetamine to FERREIRA.

8

l.    The same day on or about January 2, 2020, FERREIRA called JAVILLO.  During the conversation, in substance and in part, FERREIRA stated "[I] get one, but see I need, I need some too," meaning RIBUCA only sold one pound of methamphetamine to FERRIERA, who also needed drugs.  JAVILLO responded, in substance and in part, "What we can half um then," to which FERREIRA replied, in substance and in part, "I'll give to your boys and then da kine, just go split um." JAVILLO agreed and stated, in substance and in part, "I going split um over here and then have um drop um to you."

m.    The same day on or about January 2, 2020, FERREIRA delivered the methamphetamine supplied by RIBUCA to KUSHIYAMA and PERREIRA, who were in a white truck driven by KUSHIYAMA.

n.    The same day on or about January 2, 2020, KUSHIYAMA and PERREIRA were stopped by law enforcement as they drove to deliver the methamphetamine to JAVILLO.  Approximately one pound (448.7 grams) of methamphetamine was seized.

o.    The same day on or about January 2, 2020, JAVILLO called FERREIRA to discuss what to do about the seized methamphetamine.  During the conversation, JAVILLO said, in substance and in part, "no worry I goin cover, I goin

9

cover da whole thing, you nah mean, the thing was my responsibility or whateva but, I jus goin cover da whole, but fuck is there any way that, is any way that we can get something?" FERREIRA responded, in substance and in part, "I try call um," meaning RIBUCA, "right now."

p. The same day on or about January 2, 2020, RIBUCA supplied additional methamphetamine to FERREIRA. Subsequently, FERREIRA distributed the methamphetamine to PERREIRA who picked up the drugs on behalf of JAVILLO.

q. On or about January 4, 2020, DEMELLO called FERREIRA. During the conversation, DEMELLO asked, in substance and in part, "what time you like go back to the storage?" FERREIRA responded by instructing DEMELLO, in substance and in part, "go over there and da kine stir that shit," meaning methamphetamine, and "flip 'em over that way she dry, you know what I mean?" DEMELLO acknowledged and stated, in substance and in part, "Yeah," he understood.

r. On or about January 7, 2020, HERNANDEZ flew from Hilo, Hawaii to Honolulu, Hawaii and went to the Sand Island area where FERREIRA introduced him to JAVILLO for the purpose of conducting future drug transactions.

10

s.      On or about January 9, 2020, FERREIRA called DEMELLO. During the conversation, FERREIRA asked, in substance and in part, "how much ounces you get left?" DEMELLO replied, in substance and in part, that he had "70 or 100 grams or something" in storage.  Subsequently, FERREIRA instructed DEMELLO, in substance and in part, to sell one ounce of methamphetamine to another person not charged herein, and in exchange, DEMELLO could take "one half ounce" for "the work that you put in." DEMELLO agreed and stated, in substance and in part, "I going jump in the shower first, then I going meet him."

t.      On or about January 11, 2020, FERREIRA called PAGAY. During the conversation, FERRIERA asked, in substance and in part, if the "box" was ready to ship and "how much exactly have inside coming back?" PAGAY replied, in substance and in part, "10," meaning $10,000.00 of drug proceeds. FERREIRA instructed PAGAY, in substance and in part, "Don't use the address. I'll give you another address."

u.      On or about January 22, 2020, a parcel from Maui was about to be delivered to a house adjacent to DEMELLO's, but a male coming from DEMELLO's house intercepted the parcel from the mailman.

11

v.     On or about January 25, 2020, HERNANDEZ and FERREIRA flew from Oahu to Maui where FERREIRA introduced HERNANDEZ to PAGAY for the purpose of conducting future drug transactions.

w.     On or about February 1, 2020, HERNANDEZ called FERRIERA.  During the conversation HERNANDEZ said, in substance and in part, that "there's a little delay," and that "it," referring to methamphetamine, would "be there exactly on Monday."  HERNANDEZ also stated, in substance and in part, that he would "call Maui," referring to PAGAY, "and let them know what's going on cuz he was telling me that they need their work," meaning methamphetamine.

x.     On or about February 4, 2020, HERNANDEZ flew to Maui to supply PAGAY with methamphetamine.  Before they could conduct the drug transaction, however, PAGAY was arrested by law enforcement in possession of approximately two ounces (55.8 grams) of methamphetamine and a Firearms Import and Export .25 caliber pistol.

y.     The same day on or about February 4, 2020, PAGAY called FERREIRA.  During the conversation, PAGAY revealed that he had been arrested. FERREIRA asked, in substance and in part, "With the guy's stuff?"  PAGAY responded, in substance and in part, "No, no, no, not with his stuff, no fucking way

12

… we neva even da kine yet," meaning HERNANDEZ had not yet distributed methamphetamine to PAGAY. FERREIRA replied, in substance and in part, "Good thing you neva have his stuff."

       z.    The following day on or about February 5, 2020, FERREIRA called HERNANDEZ. During the conversation FERREIRA explained, in substance and in part, that he spoke to PAGAY and told him that he was "going to have to step back" because HERNANDEZ no longer "felt comfortable working" with him due to his arrest.

All in violation of Title 21, United States Code, Section 846.

## Count 2
### Distribution of and Possession with Intent to Distribute Methamphetamine
(21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A))

      15.    On or about July 19, 2019, within the District of Hawaii, JAMES FERREIRA, aka "Uncle," the defendant, did knowingly and intentionally distribute and possess with intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

<u>Count 3</u>
Attempted Possession with Intent to Distribute Methamphetamine
(21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 846)

16.     On or about December 30, 2019, within the District of Hawaii, JAMES

FERREIRA, aka "Uncle," the defendant, did knowingly and intentionally attempt to

possess with intent to distribute 50 grams or more of methamphetamine, its salts,

isomers, and salts of its isomers, a schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1),

841(b)(1)(A), and 846.

<u>Count 4</u>
Distribution of, Possession with Intent to Distribute, and Attempted Possession
with Intent to Distribute Methamphetamine
(21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 846)

17.     On or about January 2, 2020, within the District of Hawaii, JAMES

FERREIRA, aka "Uncle," PATRICK RIBUCA, JEREMY JAVILLO, aka "Jermz,"

BRANDON PERREIRA, and DANIEL KUSHIYAMA, aka "D," the defendants,

did knowingly and intentionally distribute, possess with intent to distribute, and

attempt to possess with intent to distribute 50 grams or more of methamphetamine,

its salts, isomers, and salts of its isomers, a schedule II controlled substance.

14

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846.

## Count 5
Possession with Intent to Distribute Methamphetamine
(21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A))

18.    On or about February 4, 2020, within the District of Hawaii, JAY PAGAY, the defendant, did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## Count 6
Possession of a Firearm in Furtherance of a Drug Trafficking Crime
(18 U.S.C. § 924(c)(1)(A)(i))

19.    On or about February 4, 2020, within the District of Hawaii, JAY PAGAY, the defendant, did knowingly possess a firearm, namely, a Firearms Import and Export .25 caliber pistol, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, namely, the drug trafficking crime

15

alleged in Count 5 of this Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## Count 7
### Felon in Possession of a Firearm
(18 U.S.C. §§ 922(g)(1) and 924(a)(2))

20.     On or about March 9, 2020, within the District of Hawaii, JAMES FERREIRA, aka "Uncle," the defendant, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, and knowing that he had been convicted of such a crime, did knowingly possess a firearm, namely, a Colt .45 caliber pistol, said firearm having been previously shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## Count 8
### Felon in Possession of a Firearm
(18 U.S.C. §§ 922(g)(1) and 924(a)(2))

21.     On or about March 9, 2020, within the District of Hawaii, JAMES DEMELLO, aka "Jay" and "J.R.," the defendant, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, and knowing

16

that he had been convicted of such a crime, did knowingly possess a firearm, namely, a Colt .45 caliber pistol and a Smith & Wesson .38 caliber revolver, each firearm having been previously shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## Count 9
### Felon in Possession of a Firearm
(18 U.S.C. §§ 922(g)(1) and 924(a)(2))

22.    On or about March 9, 2020, within the District of Hawaii, LISA HONG, the defendant, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, and knowing that she had been convicted of such a crime, did knowingly possess a firearm, namely, a Colt .45 caliber pistol, said firearm having been previously shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

17

### Count 10
Possession with Intent to Distribute Methamphetamine
(21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A))

23.    On or about May 21, 2020, within the District of Hawaii, PATRICK

RIBUCA, the defendant, did knowingly and intentionally possess with intent to

distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its

isomers, a schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and

841(b)(1)(A).

### Count 11
Distribution of Methamphetamine
(21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A))

24.    On or about June 30, 2020, within the District of Hawaii and elsewhere,

ALEXANDER HERNANDEZ, aka "Fernando," "Rolando" and "Nando," the

defendant, did knowingly and intentionally distribute 50 grams or more of

methamphetamine, its salts, isomers, and salts of its isomers, a schedule II controlled

substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and

841(b)(1)(A).

18

First Forfeiture Notice

25.     The allegations set forth in paragraphs 1-18, 23, and 24 of this Indictment are hereby re-alleged and incorporated by reference as though set forth in full herein for the purpose of noticing forfeiture pursuant to Title 21, United States Code, Section 853.

26.     The United States hereby gives notice that, pursuant to Title 21, United States Code, Section 853, upon conviction of the offenses in violation of Title 21, United States Code, Sections 841(a)(1) and 846, charged in Counts 1-5, 10, and 11 of this Indictment, ALEXANDER HERNANDEZ, aka "Fernando," "Rolando" and "Nando," JAMES FERREIRA, aka "Uncle," KINCAID OLAYAN, aka "Kaimana" and "Mana," PATRICK RIBUCA, JEREMY JAVILLO, aka "Jermz," JAY PAGAY, LISA HONG, JAMES DEMELLO, aka "Jay" and "J.R.," BRANDON PERREIRA, and DANIEL KUSHIYAMA, aka "D," the defendants, shall forfeit to the United States of America any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses, including but not limited to:

19

    a.    $60,300.00 in United States currency seized from the residence of PATRICK RIBUCA on May 21, 2020;

    b.    $18,000.00 in United States currency seized from the residence of ALEXANDER HERNANDEZ, aka "Fernando," "Rolando" and "Nando," on July 16, 2020;

    c.    One Firearms Import and Export .25 caliber pistol, bearing serial number D708664, seized from a vehicle driven by JAY PAGAY on February 4, 2020;

    d.    Seven rounds of Remington .25 caliber ammunition seized from a vehicle driven by JAY PAGAY on February 4, 2020;

    e.    One Colt .45 caliber pistol, bearing serial number SF38107, seized from Hawaii Self Storage Unit 4023P, located at 98-138 Hila Place, Pearl City, Hawaii 96782, on March 9, 2020;

    f.    Four .45 caliber magazines seized from Hawaii Self Storage Unit 4023P, located at 98-138 Hila Place, Pearl City, Hawaii 96782, on March 9, 2020;

    g.    One Smith & Wesson .38 caliber revolver, bearing serial number 352J81, seized from Hawaii Self Storage Unit 4023P, located at 98-138 Hila Place, Pearl City, Hawaii 96782, on March 9, 2020; and

h.       Five rounds of .38 caliber ammunition seized from Hawaii Self Storage Unit 4023P, located at 98-138 Hila Place, Pearl City, Hawaii 96782, on March 9, 2020.

27.       If by any act or omission of the defendants, any of the property subject to forfeiture described in the previous paragraph:

a.  cannot be located upon the exercise of due diligence;

b.  has been transferred or sold to, or deposited with, a third party;

c.  has been placed beyond the jurisdiction of the court;

d.  has been substantially diminished in value; or

e.  has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property, pursuant to Title 21, United States Code, Section 853(p).

<u>Second Forfeiture Notice</u>

28.       The allegations set forth in paragraphs 1-14, and 19-22 of this Indictment are hereby realleged and incorporated by reference for the purpose of

21

noticing forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

29.     The United States hereby gives notice to the defendants that, upon conviction of the offenses in violation of Title 18, United States Code, Sections 922(g) and 924(c), set forth in Counts 6-9 of this Indictment, JAMES FERREIRA, aka "Uncle," JAY PAGAY, LISA HONG, and JAMES DEMELLO, aka "Jay" and "J.R.," the defendants, shall forfeit to the United States any firearms and ammunition involved in or used in that violation of law, including but not limited to:

a.     One Firearms Import and Export .25 caliber pistol, bearing serial number D708664, seized from a vehicle driven by JAY PAGAY on February 4, 2020;

b.     Seven rounds of Remington .25 caliber ammunition seized from a vehicle driven by JAY PAGAY on February 4, 2020;

c.     One Colt .45 caliber pistol, bearing serial number SF38107 seized from Hawaii Self Storage Unit 4023P, located at 98-138 Hila Place, Pearl City, Hawaii 96782, on March 9, 2020;

d.     Four .45 caliber magazines seized from Hawaii Self Storage Unit 4023P, located at 98-138 Hila Place, Pearl City, Hawaii 96782, on March 9, 2020;

22

   e.  One Smith & Wesson .38 caliber revolver, bearing serial number 352J81, seized from Hawaii Self Storage Unit 4023P, located at 98-138 Hila Place, Pearl City, Hawaii 96782, on March 9, 2020; and

   f.  Five rounds of .38 caliber ammunition seized from Hawaii Self Storage Unit 4023P, located at 98-138 Hila Place, Pearl City, Hawaii 96782, on March 9, 2020.

  30. If by any act or omission of the defendants, any of the property subject to forfeiture described in the previous paragraph:

   a.  cannot be located upon the exercise of due diligence;

   b.  has been transferred or sold to, or deposited with, a third party;

   c.  has been placed beyond the jurisdiction of the court;

   d.  has been substantially diminished in value; or

   e.  has been commingled with other property which cannot be subdivided without difficulty;

the United States will be entitled to forfeiture of substitute property up to the value of the property described above in the previous paragraph, pursuant to Title 21,

United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

     DATED:       October 15     , 2020, in Honolulu, Hawaii.

          A TRUE BILL

          */s/ Foreperson*
          FOREPERSON

KENJI M. PRICE
United States Attorney
District of Hawaii

MOHAMMAD KHATIB
Assistant United States Attorney

*United States v. Alexander Hernandez, et al.*
Indictment
Cr. No. 20-00098 JMS

24